UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

SUSAN M BROWNE

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

Debtor(s)   **CASE NO. BKY 09-33025 DDO**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Susan M Browne in the amount of $800.00, were unclaimed.

CREDITOR:
Susan M Browne
14845 60th Street North #1
Stillwater, MN 55082

CLAIM NUMBER:

AMOUNT:
$800.00

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: December 31, 2009

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

REC# 1660

09 JAN -4 PH 12:09

**JASMINE Z. KELLER**
**STANDING CHAPTER 13 TRUSTEE**
**District of Minnesota**
12 South 6th Street
Suite 310
Minneapolis, MN 55402
Phone (612) 338-7591 Fax (612) 338-4529

December 31, 2009

U.S Bankruptcy Court
200 Warren E. Burger Federal Building
U.S. CourtHouse 316 N. Robert St.
St Paul, MN 55101-

Re: SUSAN M BROWNE

BKY: 09-33025 DDO

Dear U.S Bankruptcy Court,

Enclosed herewith please find the Chapter 13 Trustee's check in the sum of $800.00 representing a refund to the debtor. This check was returned by the U.S. post office with the notation: Forwarding order has expired, moved, no forwarding order on file; or addressee unknown. We have looked in the local telephone books, called the debtor(s) at his/her/their last known telephone number and looked on the internet for a current address. Further efforts by this office have not produced a current address. Accordingly, please deposit these funds with the Clerk's Registry Fund.

Thank you.

Very truly yours,

/s/ Jody Jayson
Jody Jayson
Closing Clerk

